IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANGELA PRATT AVERY | CRIMINAL CASE NO.<br>1:13-CR-97-1-JEC |

**REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY**[1]

The defendant, ANGELA PRATT AVERY ("Defendant"), by consent, has appeared before me and has entered a plea of guilty to **COUNT SEVENTEEN (17)** of the Criminal Indictment filed on March 19, 2013. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I have determined that the guilty plea was knowing and voluntary, and that the plea to the offense charged is supported by an independent basis in fact establishing each of the essential elements of such offense. I have also determined that the defendant understood and knowingly agreed to the limited waiver of appeal contained in her plea agreement.

---

[1] Failure to file written objections to this Report and Recommendation within *FOURTEEN (14) DAYS* after service of a copy of this Report and Recommendation shall bar an aggrieved party from attacking such report and recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

I, therefore, **RECOMMEND** that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

**SO ORDERED** this   23rd   day of   April  , 2014.

_Gerrilyn G. Brill_
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE